Case 5:25-po-00128-CDB   Document 13   Filed 08/29/25   Page 1 of 1

United States vs. Damiano
5:25-PO-00128-CDB-1

**ORDER**

For good cause shown in the parties' stipulation (Doc. 12), it is HEREBY ORDERED that the status conference is continued to <u>October 7, 2025,</u> at 10:00am.  The parties shall appear in-person for further proceedings.

DATED:  August 29, 2025

_____
Christopher D. Baker, U.S. Magistrate Judge