ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL DAMIANO,<br><br>  Defendant. | CASE NO. 5:25-PO-00128 CDB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 7, 2025<br>TIME: 10:0AM.<br>COURT: Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this misdemeanor citation was set for a status conference on October 7, 2025.

2. The government has provided discovery.

3. On Friday October 3, 2025 Defense Counsel provided the government with reciprocal discovery and mitigation information.

4. In order for the government to conduct a thorough review of the information provided by the Defendant., the parties jointly the parties stipulate that the status conference may be continued to December 2, 2025, at 10:00 AM, to allow time additional review of evidence and mitigation materials, and to have more informed settlement discussions.  Because this case involves a pending misdemeanor

1

citation, no exclusion of time is necessary.

  IT IS SO STIPULATED.

///

///

| Dated: October 3, 2025 | ERIC GRANT<br>United States Attorney |
|---|---|
| | /s/ LUKE BATY<br>LUKE BATY<br>Assistant United States Attorney |
| Dated: October 3, 2025 | /s/ Clayton Campbell<br>Clayton Campbell<br>Counsel for Defendant<br>MICHAEL DAMIANO |

### **ORDER ON STIPULATION**

Based upon the stipulation and representations of the parties, and good cause appearing, it is HEREBY ORDERED that the status conference is continued to December 2, 2025, at 10:00am. The parties shall appear in-person for further proceedings.

IT IS SO ORDERED.

Dated: __**October 6, 2025**__  
              UNITED STATES MAGISTRATE JUDGE

2