```
1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-po-00128-CDB |
|---|---|
| Plaintiff, | [Citations #E1037650 and E1200181 CA/71] |
| v. | |
| MICHAEL D. DAMIANO, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00128-CDB [Citations #E1037650 and E1200181 CA/71] against MICHAEL D. DAMIANO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 17, 2025            Respectfully submitted,

                                    ERIC GRANT
                                    United States Attorney

                              By:   /s/ *Luke Baty*
                                    LUKE BATY
                                    Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(8) that Case No. 5:25-po-00128-CDB [Citations #E1037650 and E1200181 CA/71] against MICHAEL D. DAMIANO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **November 18, 2025**

_____
UNITED STATES MAGISTRATE JUDGE